# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALMANZAR JERVIS | No. 2:24-cr-11-LEW |

## PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

1. On about January 10, 2023, a confidential source of information ("CS-1") arranged to purchase fentanyl from an FBI target ("CC-1") at an agreed-upon location in the District of Maine. At the appointed time, CS-1 met and then received the drugs from ALMANZAR JERVIS, the defendant, who was delivering the drugs on behalf of CC-1. Following the transaction, the substance purchased from the defendant was later confirmed to be approximately 148 grams of fentanyl by a government lab.

2. On about February 16, 2023, CS-1 arranged to purchase fentanyl from CC-1 at an agreed-upon location. At the appointed time, the defendant again sold fentanyl to CS-1. The substance was later confirmed to be approximately 150 grams of fentanyl by a government lab.

Dated: August 26, 2024

DARCIE N. MCELWEE
United States Attorney

By: /s/Noah Falk
Noah Falk
Assistant U.S. Attorney
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Noah.Falk@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2024 I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

                                    DARCIE N. MCELWEE
                                    United States Attorney

By:    */s/ Kate Whalen*
           Paralegal Specialist

On Behalf Of:    Noah Falk
                     Assistant United States Attorney
                     U.S. Attorney's Office
                     100 Middle Street
                     Portland, ME  04101
                     (207) 780-3257
                     Noah.Falk@usdoj.gov