# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERVIS ALMANZAR | No: 2:24-cr-00011-LEW |

## GOVERNMENT'S SENTENCING SUBMISSION

The government submits this memorandum to assist the Court in determining an appropriate sentence for the defendant. Here, the government recommends a sentence of 60 months incarceration, the mandatory minimum sentence. Such a sentence is sufficient but not greater than necessary to serve the ends of justice. In support of its recommendation, the government provides the following information.

### I. Offense Conduct and Procedural History

Over two transactions in early 2023, the defendant sold a confidential source of information operating at the direction of the FBI approximately 300 grams of fentanyl. Revised Presentence Investigation Report ("PSR") ¶ 6. The defendant was targeted as part of a larger FBI investigation into the incursion of the Trinitario street gang from Massachusetts into Maine. The Trinitarios are "a highly organized New York-based Dominican gang[.]" *See* Jan Ransom and Al Baker, *Inside the Trinitarios: How a Gang Feud Led to the Death of a Teenager*, N.Y. Times, July 18, 2018, *available at* http://nytimes.com/2018/07/18/nyregion/trinitarios-gang-bronx-stabbing.html. The Trinitarios are a vicious street gang, known for violence. *Id.* The gang "provides protection to members in prison and funds its operations with drug-dealing on the streets and behind bars." *Id.* Although founded in the New York's Riker's Island prison, the Trinitarios have branched out across the eastern seaboard. *Id.* They currently have

significant operations in Massachusetts. *See* Jericho Tran, *The Trinitario Gang is Operating in Mass. – here's what experts say to look out for*, NBC Boston, Sept. 7, 2023, *available at* http://nbcboston.com/news/local/the-trinitarios-gang-is-operating-in-mass-heres-what-experts-say-to-look-out-for/3130411/. In recent years, FBI has observed an influx of Trinitario drug traffickers moving controlled substances as well as violence into Maine; the FBI's investigation has resulted in numerous prosecutions in this District of Trinitrio gang members and affiliates.

The defendant is a Trinitario member, and he committed his crimes in order to advance the goals of the gang. The defendant admitted that he was a Trinitario member during a period of incarceration at the Essex House of Corrections in Massachusetts on July 18, 2023. PSR ¶ 32. He is known to Lawrence law enforcement as a Trinitario, and is believed to have committed robberies and car jackings along with his fellow Trinitario members. *Id*; PSR ¶ 26 ("It must be noted Lawrence Gang Unit had many encounters with Almanzar who is a known and active affiliate of the Trinitario Gang").

A grand jury sitting in this District returned an Indictment charging the defendant with two counts of the distribution of 40 grams or more of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). PSR ¶ 3. The defendant pleaded guilty to the Indictment without the benefit of a plea agreement on August 28, 2024. PSR ¶ 4. Probation calculates the defendant's Advisory Sentencing Guideline as follows: Base Offense Level 28 (between 280 and 400 grams of fentanyl) per U.S.S.G. §§ 2D1.1(a)(5) and (c)(6), reduced by three levels for acceptance of responsibility, and an additional two levels for being a zero-point offender, for a Total Offense Level of 23. PSR ¶ 10-21. At Criminal History Category I, his Guideline range is between 46 and 57 months' imprisonment. PSR ¶ 42. However, because the defendant

was charged under the penalty provisions of 21 U.S.C. § 841(b)(1)(B), he is subject to a mandatory minimum sentence of 60 months. *Id.*

The defendant would have qualified for Safety Valve treatment and would have been positioned to argue for a sentence within or below the Guideline range independent of the stricture of the mandatory minimum. However, the defendant declined to avail himself of that opportunity. It is presumed by the government that the defendant declined to take advantage of the Safety Valve because it would have required him once again to affirm his membership in the Trinitario gang, and would have entailed providing at least limited inculpatory information against fellow gang members.

**II. A Guideline Sentence is Appropriate**

The government recommends the mandatory minimum sentence of 60 months' imprisonment, a sentence which is sufficient but not greater than necessary to achieve the goals of sentencing.

The defendant's offense was a serious one. Fentanyl is the leading cause of overdose deaths in Maine and nationally. For example, in 2022, overdose deaths attributed at least in part to fentanyl in Maine amounted to 560 out of 723 total overdose deaths (e.g., more than 77%). *See* Maine Drug Data Hub *available online at* http://mainedrugdata.org/the-fentanyl-epidemic/. And the defendant sold this poison on behalf of a notorious street gang in order to protect and enrich himself and his fellow gang members. The defendant cared not at all about where these drugs would end up, and who they would harm. The appalling indifference to human life evidenced by the defendant's conduct exemplifies why Congress designed the statutory scheme of Section 841 to impose mandatory minimum penalties on distribution quantities of fentanyl.

That the defendant declined to take advantage of Safety Valve relief speaks volumes about his intentions for the future. The undersigned fears that this is not the last time this Court will sentence the defendant to a significant term of incarceration. Until he relinquishes his gang affiliation and dedicates himself to living a law-abiding life, the public has much to fear from the defendant. It is hoped that during his incarceration, the defendant reevaluates his decision-making and makes efforts to find a path leading away from the anti-social and criminal conduct that casts a shadow over his life today and has led him here before the judgment of this Court.

### III. Conclusion

For the reasons stated above, the government recommends a sentence of 60 months' incarceration in the instant matter.

Dated: January 24, 2025                                DARCIE N. MCELWEE
                                                       United States Attorney

                                              By:      /s/Noah Falk
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       100 Middle Street
                                                       Portland, ME 04101
                                                       (207) 780-3257
                                                       Noah.Falk@usdoj.gov